# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| TERRENCE BETHEA, | : No. 85 MAP 2014 |
| | : |
| Appellant | : Appeal from Appeal from the Order from |
| | : Commonwealth Court dated June 18, 2014 |
| | : at Docket No. 261 MD 2014 |
| v. | : |
| | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, PA. STATE POLICE, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**                    **DECIDED:   April 27, 2015**


**AND NOW**, this 27th day of April, 2015, the Order of the Commonwealth Court is

**AFFIRMED**.